IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN A. OGDEN                                             PLAINTIFF

vs.                        Civil No. 4:18-cv-04075

NANCY A. BERRYHILL                                    DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 20th day of March 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                                /s/ *Barry A. Bryant*
                                                                                HON. BARRY A. BRYANT
                                                                                U. S. MAGISTRATE JUDGE